IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11501
Conference Calendar
_____

BILLY FRANK DAVIS,

                                        Plaintiff-Appellant,

versus

DIXIE BURKS, Nurse;
JOHN GAGE, Sheriff,

                                        Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-1838-H
---------------------
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

BY THE COURT:

Billy Frank Davis, Texas prisoner # 529030, has failed to comply with the provisions of the Prison Litigation Reform Act of 1995 (PLRA), Pub. L. No. 104-134, 110 Stat. 1321, within the time specified by the Clerk of this court.  Davis' notice of appeal was filed after April 26, 1996, the date the President signed the PLRA; thus, the PLRA applies to this appeal.  See Jackson v. Stinnett, 102 F.3d 132, 136-37 (5th Cir. 1996).  Accordingly, the appeal is DISMISSED.  Fifth Cir. Loc. R. 42.3.

In Carter v. Gonzales, No. 96-50248 (5th Cir. Aug. 29, 1996) (unpublished), we warned Davis that any additional frivolous

appeals would invite the imposition of sanctions.  We now repeat that warning.

APPEAL DISMISSED; WARNING REPEATED.